AO 455 (Rev. 5/85)  Waiver of Indictment  ®

# United States District Court

for the

DISTRICT OF _COLUMBIA_

FILED

JAN 1 9 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

MARTHA K. Dinan

## WAIVER OF INDICTMENT

CASE NUMBER: CR05-453

I, __Martha K. Dinan__, the above named defendant, who is accused of

18 USC 1341 - MAIL FRAUD

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive

in open court on __JAN. 19, 2006__ prosecution by indictment and consent that the
Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer