<u>NOTICE OF APPEARANCE</u>

CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA   )
)
)
vs.   )   Criminal No. <u>05-453</u>
)
)
<u>MARTHA K. DINAN</u>   )
(DEFENDANT)

FILED

JAN 19 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

TO: NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

☐ CJA          ☒ RETAINED          ☐ FEDERAL PUBLIC DEFENDER

_____
(Signature)

PLEASE PRINT THE FOLLOWING INFORMATION:

<u>Robert M. Price           DC 10,249</u>
(Attorney & Bar ID Number)

<u>Law Offices of Robert M. Price</u>
(Firm Name)

<u>6259 Executive Blvd.</u>
(Street Address)

<u>Rockville          Md.          20852</u>
(City)          (State)          (Zip)

<u>301  569  1449</u>
(Telephone Number)