FILED

APR - 3 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

U.S.A. vs. **Martha K. Dinan**                    Docket No.: **CR 05-453**

## REQUEST FOR COURSE OF ACTION

PRAYING THE COURT WILL ORDER a hearing be scheduled to address the third party risk issue and the modification of the conditions of supervised release issue with voluntary appearance of **Martha Dinan** on _____ *as set by the clerk* at _____.

## ORDER OF COURT

Considered and ordered this ___ *3rd* ___ day of ___ *April* ___, 2007.

_____
Royce C. Lamberth
**United States District Judge**